UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WALTER WILLIAM MOORE, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civil No. 16-398-NT |
| MAINE DEPT. OF CORRECTIONS, et al., | ) ) ) |
| Defendants | ) |

**STATUS REPORT**

Pursuant to their recent motion for a stay of proceedings, the state defendants hereby report that the partial shutdown of state offices ended in the early morning hours of July 4, 2017.

July 6, 2017                             /s/ James E. Fortin
                                         James E. Fortin
                                         Assistant Attorney General


Office of Attorney General
Six State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800

CERTIFICATE OF SERVICE

     I hereby certify that, on this date, I electronically filed this document with the court using the ECF system, which will send notice of filing to Robert S. Hatch, Esq. and Elizabeth K. Peck, Esq. and that I caused one copy of this filing to be served upon Walter William Moore, Maine State Prison, 807 Cushing Road, Warren, ME 04864 by having the same deposited in the United States Mail, postage prepaid.


July 6, 2017                             /s/ James E. Fortin
                                         James E. Fortin
                                         Assistant Attorney General