# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WALTER WILLIAM MOORE a/k/a <br> Nikki Natasha Petrovickov, <br><br> Plaintiff, <br><br> v. <br><br> MAINE DEPARTMENT OF <br> CORRECTIONS, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 1:16-cv-398-NT <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER AFFIRMING THE RECOMMENDED
## DECISION OF THE MAGISTRATE JUDGE

On May 4, 2018, the United States Magistrate Judge filed with the court, with copy to the parties, his Recommended Decision on the Plaintiff's Motion for Order of Medical Services (ECF No. 89), Plaintiff's First Motion Requesting Judicial Review (ECF No. 101), and Plaintiff's Second Motion Requesting Judicial Review (ECF No. 110). Recommended Decision (ECF No. 111). The Plaintiff filed two objections to the Recommended Decision on May 24, 2018 (ECF Nos. 112 and 114). The Defendants Correct Care Solutions, Robert Clinton, M.D., and Correctional Medical Services, Incorporated filed a response to the Plaintiff's objection. (ECF No. 115). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and the Plaintiff's Motion for Order of Medical Services

(ECF No. 89), the Plaintiff's First Motion Requesting Judicial Review (ECF No. 101), and the Plaintiff's Second Motion Requesting Judicial Review (ECF No. 110) are **DENIED**.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 11th day of June, 2018.