# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WALTER WILLIAM MOORE a/k/a Nikki Natasha Petrovickov, <br><br> Plaintiff, <br><br> v. <br><br> MAINE DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendants | Docket no. 1:16-cv-398-NT |

## ORDER AFFIRMING THE RECOMMENDED
## DECISION OF THE MAGISTRATE JUDGE

On January 18, 2019, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision (ECF No. 166). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED,** the Defendants Martin Magnusson, Joseph Fitzpatrick, Jeffrey Merrill and Randall Liberty's motion for summary judgment is **GRANTED.**

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 7th day of February, 2019.