# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WALTER WILLIAM MOORE, a/k/a Niki Natasha Petrovickov, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Docket no. 1:16-cv-398-NT<br>) |
| MAINE DEPARTMENT OF CORRECTIONS, et al., | )<br>)<br>) |
| Defendants | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On July 24, 2019, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision (ECF No. 180). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED,** and Defendants' Motions for Summary Judgment (ECF Nos. 170, 173) are **GRANTED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 19th day of August, 2019.